AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

LINDA BENJAMIN,
              Plaintiff,
  -against-

**APPEARANCE**

THOMAS CARUSONA, ET AL.,
              Defendants,
  -and-
GURNEY'S INN RESORT & SPA LTD.,
              Nominal Defendant.

Case Number: 1:09-cv-09722-RWS

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

  Plaintiff Linda Benjamin

I certify that I am admitted to practice in this court.

| 11/25/2009 | *(signature)* |
|---|---|
| Date | Signature |

| Daniella Quitt | 2246676 |
|---|---|
| Print Name | Bar Number |

488 Madison Avenue, 8th Floor
Address

| New York | NY | 10022 |
|---|---|---|
| City | State | Zip Code |

| (212) 935-7400 | (212) 753-3630 |
|---|---|
| Phone Number | Fax Number |